IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50667
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN DARNELL COBB, also known as Martin Cobb,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(97-CR-49-1)
--------------------
January 26, 2000

Before POLITZ, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Martin Darnell Cobb appeals the sentence imposed by the district court at resentencing. Cobb argues that the district court erred in failing to make findings of fact as ordered by this court in the opinion remanding for resentencing and that the district court clearly erred in finding the applicable drug quantities for sentencing purposes. The information contained in the numerous debriefing interviews introduced at the resentencing hearing was shown to be reliable and is sufficient to demonstrate by a preponderance of the evidence that the amounts of

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

crack cocaine distributed in Gatesville, Texas by Cobb and the others conspiring with him exceeded 1.5 kilograms.

AFFIRMED.